No. 6823. GWYNN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 6825. FAULS *v.* UNITED STATES; and
No. 6827. SCOTT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 437 F. 2d 1318.

No. 6843. FERGUSON *v.* MANCUSI, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 6844. FERREE *v.* FRYE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 6845. EBBS *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 6849. PHILLIPS *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 6858. GILL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 6859. POWERS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 6861. ANDERSON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 6863. HOY *v.* GAFFNEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 6865. BURKE *v.* ERICKSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 6866. SIMPSON *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 6869. SMITH *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.